IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **CHARLES BRASIER,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:16-CV-00035-O |
| | § | |
| **WICHITA FALLS AREA BASKETBALL** | § | |
| **OFFICIALS ASSOCIATION, INC.,** | § | |
| | § | |
| **Defendant** | § | |

## NOTICE OF SETTLEMENT

The parties file this Notice of Settlement and respectfully state:

The parties have reached an agreement in principle to resolve all issues in this case. The parties are preparing dismissal papers to submit to the Court.

          Respectfully submitted,

          GORDON & REES
          SCULLY MANSUKHANI, LLP

          */s/ David A. Scott*
          _____
          **ROBERT A. BRAGALONE**
          State Bar No. 02855850
          BBragalone@gordonrees.com
          **DAVID A. SCOTT**
          State Bar No. 17894515
          DScott@gordonrees.com
          2100 Ross Avenue, Suite 2800
          Dallas, Texas 75201
          214.231.4660 Phone
          214.461.4053 Fax

          **ATTORNEYS FOR DEFENDANT**

*/s/ William Knowlton*
**WILLIAM KNOWLTON**
State Bar No. 11627500
knowltonfirm@gmail.com
P.O. Box 607
Henrietta, Texas 76365
940.538.6677 Phone
877.775.2644 Fax

**ATTORNEYS FOR PLAINTIFF**