IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **CHARLES BRASIER,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:16-CV-00035-O |
| | § | |
| **WICHITA FALLS AREA BASKETBALL** | § | |
| **OFFICIALS ASSOCIATION, INC.,** | § | |
| | § | |
| **Defendant** | § | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action through their undersigned counsel that the above-captioned action be and hereby is DISMISSED WITH PREJUDICE pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure. Each party will bear his or its own attorney's fees and costs.

Dated: December 12, 2016

AGREED AS TO SUBSTANCE AND FORM:

*/s/ William Knowlton*
**WILLIAM KNOWLTON**
State Bar No. 11627500
knowltonfirm@gmail.com
P.O. Box 607
Henrietta, Texas 76365
940.538.6677 Phone
877.775.2644 Fax

**ATTORNEY FOR PLAINTIFF**

**GORDON & REES**
**SCULLY MANSUKHANI, LLP**

*/s/ David A. Scott*

**ROBERT A. BRAGALONE**
State Bar No. 02855850
BBragalone@gordonrees.com
**DAVID A. SCOTT**
State Bar No. 17894515
DScott@gordonrees.com
2100 Ross Avenue, Suite 2800
Dallas, Texas 75201
214.231.4660 Phone
214.461.4053 Fax

**ATTORNEYS FOR DEFENDANT**